NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
BRENT A. WHITTLESEY (Cal. Bar No. 73493)
Assistant United States Attorney
Asset Forfeiture Section
     Federal Courthouse, 14th Floor
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5421
     Facsimile: (213) 894-0142
     E-mail: Brent.Whittlesey@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-CV-07724 |
| Plaintiff, | VERIFIED COMPLAINT FOR FORFEITURE |
| v. | 21 U.S.C. § 881(a)(6) |
| $15,900.00 IN U.S. CURRENCY, | [DEA] |
| Defendant. | |

Plaintiff United States of America brings this claim against the defendant $15,900.00 in U.S. Currency, and alleges as follows:

JURISDICTION AND VENUE

1. This is an in rem civil forfeiture action brought pursuant to 21 U.S.C. § 881(a)(6).

2. This Court has jurisdiction over the matter pursuant to 28 U.S.C. §§ 1345 and 1355.

3. Venue lies in this district pursuant to 28 U.S.C. § 1395.

PERSONS AND ENTITIES

4. The plaintiff in this action is the United States of America.

5. The defendant in this action is $15,900.00 in U.S. Currency (the "defendant currency"), seized from a Volkswagen Jetta automobile registered to Jose Martin Espinoza ("Espinoza") and driven by Gregorio Aaron Angulo Elenes ("Elenes").

6. The defendant currency is currently in the custody of the U.S. Department of Homeland Security ("HSI") in this District, where it will remain subject to this Court's jurisdiction during the pendency of this action.

7. The interests of Espinoza, Elenes and Jesus Antonio Ortiz ("Ortiz") may be adversely affected by these proceedings.

BASIS FOR FORFEITURE

8. On or about November 25, 2019, agents from the HSI Bulk Cash Smuggling Group (HSI-Long Beach) and members of the Long Beach Police Department ("LBPD") (collectively, "the investigative team") were investigating the activities of Elenes and Ortiz based on information that HSI-Long Beach had acquired from HSI-New Jersey. According to HSI-New Jersey, a member of a drug trafficking organization named William Bouza was coordinating movement of heroin and other controlled substances with Ortiz and Maria de Jesus Favela Lopez ("Favela").

9. Intelligence indicated that Ortiz, Angulo and Favel were conspiring with a Mexican narcotics supply source to distribute, transport, and purchase controlled substances in exchange for

2

narcotics proceeds. Specifically, the investigative team learned that Ortiz had agreed to pay $15,000, a portion of the cost for 1 kilo of cocaine, and to assist in the transportation of cocaine.

10. Agents learned that Ortiz intended to meet Angulo at the offices of the Rowland Water District, located at 3021 Fullerton Road, Rowland Heights on November 25, 2019 to conduct the illegal transaction.

11. On the morning of November 25, 2019, the investigative team observed Ortiz leave his residence on Skyline Vista Drive, La Habra Heights, in a black Volvo. Ortiz entered the parking lot of the Rowland Water District, where several members of the investigative team were waiting. Shortly after Ortiz arrived, a white VW Jetta pulled in behind Ortiz's vehicle. The Jetta is owned by Espinoza, but was driven at that time by Elenes. The investigative team observed Ortiz exit his vehicle empty-handed and get into the VW Jetta. Ortiz emerged from the VW Jetta with his right hand tucked away from the view of the investigative team. Both vehicles then exited the parking lot, and drove in different directions.

12. Immediately following the transaction, LBPD Detectives Decarvalho and Valenzuela initiated a stop of the VW Jetta, which was driven by Angulo. The stop was based on the activity witnessed by the investigative team and the prior information regarding the narcotics smuggling operation. LBPD arrested Angulo and took Angulo into custody.

13. The VW Jetta was towed to a LBPD facility for processing.

14. The other members of the investigative team followed Ortiz back to the Ortiz residence and arrested Ortiz in the garage area of

the residence. HSI and LBPD then executed a California state search warrant and searched Ortiz's residence.  The investigative team discovered two black, plastic wrapped packages and one green, plastic wrapped package, which displayed "John Deere" logos on the outside of the packages, and 2,994.9 grams of heroin inside the packages.  A clear plastic package wrapped in black duct tape, which contained 995.8 grams of cocaine outside of the residence along the north field fence line, was also found concealed beneath the ivy.  Additionally, the investigative team seized two pistols, U.S. currency, a Samsung cellphone, and ten vehicles.

15.   LBPD detectives and HSI special agents subsequently interviewed Ortiz.  When asked what had occurred at the Rowland Water District parking lot, Ortiz stated that Ortiz was moving around some cars when Ortiz met an individual driving a white VW Jetta.  Ortiz stated that it was the first time Ortiz had encountered this individual and that they were meeting to look at some marijuana byproducts.  Ortiz admitted getting inside the vehicle, but stated that Ortiz did not exchange any U.S. currency for contraband or controlled substances.  When asked whether Ortiz received or possessed any cocaine or heroin packaged with a "John Deere" logo, Ortiz replied "no."  The investigative team interviewers advised Ortiz that controlled substances had been found at the Ortiz residence.  Ortiz was unaware of the contraband and stated "that's not my get down."  Ortiz informed the interviewers that he only dealt with marijuana products.  The interviewers asked Ortiz several questions related to the HSI investigation in New Jersey, Ortiz's connection to New Jersey heroin dealer William Bouza, and the

mechanics of the larger narcotics operation.  Ortiz was largely uncooperative.

16.  LBPD processed the VW Jetta the following day and discovered a hidden compartment that contained $15,900.00 in U.S. currency, (i.e., the defendant currency).  Narcotics dealers frequently insert hidden compartments into their vehicles in order to conceal drugs and the proceeds of narcotics transactions.

17.  The defendant currency consisted of 153 $100 bills and 30 $20 bills.  These denominations are commonly used in narcotics sales transactions.  The bills were bundled using rubber bands, which is a common method for narcotics dealers to organize currency used in narcotics transactions.

18.  Ortiz has an extensive criminal history, including convictions for petty theft in 1983, carrying a concealed weapon in a vehicle in 1985, credit card fraud in 1995, receiving stolen property in 1995, and grand theft by use of credit cards in 1998.

19.  On November 26, 2019, the United States Attorney for the District of New Jersey filed a criminal complaint against Ortiz and Favela charging them with conspiracy to distribute heroin in violation of 21 U.S.C. § 846, Case No. 19-mj-06376.

### CLAIM FOR RELIEF

20.  Based on the above, plaintiff alleges that the defendant currency represents or is traceable to proceeds of illegal narcotic trafficking or was intended to be used in one or more exchanges for a controlled substance or listed chemical, in violation of 21 U.S.C. § 841 *et seq*.  The defendant currency is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).

WHEREFORE, plaintiff United States of America prays:

(a)   that due process issue to enforce the forfeiture of the defendant currency;

(b)   that due notice be given to all interested parties to appear and show cause why forfeiture should not be decreed;

(c)   that this Court decree forfeiture of the defendant currency to the United States of America for disposition according to law; and

(d)   for such other and further relief as this Court may deem just and proper, together with the costs and disbursements of this action.

DATED: August 25, 2020

NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Division


   /s/ *Brent A. Whittlesey*
BRENT A. WHITTLESEY
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA

VERIFICATION

I, Alice Porter, hereby declare that:

1. I am a Detective with the Monterey Park Police Department and a task force officer with the U.S. Department of Homeland Security.

2. I have read the above Verified Complaint for Forfeiture and know its contents. It is based upon my own personal knowledge and reports provided to me by other law enforcement agents.

3. Everything contained in the Verified Complaint for Forfeiture is true and correct, to the best of my knowledge and belief.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 25 2020 in Monterey Park, California.

ALICE PORTER
Task Force Officer
U.S. Department of Homeland Security