# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.: 2:20-CV-07724-AB-PD | Date: December 18, 2020 |

**Title:** *United States v. $15,900.00 in U.S. Currency*

**Present: The Honorable** **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   [In Chambers] ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

The time to file a claim and an Answer has expired. *See* Dkt. No. 15. No claim or Answer have been filed, and the Government has not moved the case forward. The Court **ORDERS** the Government to show cause why the case should not be dismissed for lack of prosecution. The Government's response must be filed fourteen (14) days from the issuance of this Order.

**IT IS SO ORDERED**.